[No. 72323-5-I. Division One. November 30, 2015.]

CHARLES L. KIMZEY, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32765-1, Charles W. Mertel, J. Pro Tem., entered July 14, 2014. *Reversed* by unpublished opinion per Schindler, J., concurred in by Becker and Trickey, JJ.

[No. 72517-3-I. Division One. November 30, 2015.]

PEGGI NORTHWICK, *Respondent*, v. ANDREW LONG, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-06952-9, Laura C. Inveen, J., entered August 8, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Trickey, J. Now published at 192 Wn. App. 256.

[No. 73018-5-I. Division One. November 30, 2015.]

GABRIELLE NGUYEN-ALUSKAR, *Appellant*, v. THE LASIK VISION INSTITUTE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-05914-1, Tanya Thorp, J., entered December 12, 2014 and January 5, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Trickey, JJ.

[No. 45953-1-II. Division Two. December 1, 2015.]

SANDRA CABAGE, *Appellant*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-09645-2, Stanley J. Rumbaugh, J., entered January 31, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.